# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00256-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT JOHN ROYBAL,

        Defendant.

## ORDER REINSTATING ORIGINAL TERM OF SUPERVISED RELEASE

      This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release.  On June 9, 2006, defendant admitted to alleged violations 1 through 7 in the probation officer's petition.  The Court hereby,

      ORDERS that the defendant's supervision be continued, and that all original conditions of supervision remain in full force and effect with the following modification.

(1)    The defendant shall reside in an approved community corrections center up to a maximum period of 180 days, to commence as directed by the Probation Department, and the defendant shall observe the rules of that facility.  The defendant may be discharged earlier than 180 days by the Probation Department if the defendant is determined to be in full compliance with all conditions of supervision.

      DATED at Denver, Colorado, this 12th day of June, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        Edward W. Nottingham
                                        United States District Judge