UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer | K. Weckwerth |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 00-cr-00256-EWN | FTR CBS AM |
| Date: October 24, 2007 | |
| UNITED STATES OF AMERICA | James Allison |
| v. | |
| ROBERT JOHN ROYBAL | Janine Yunker |

### HEARING ON MOTION TO REOPEN DETENTION HEARING

Court in Session: 9:11 am

Court calls case and appearances of counsel.  Ed Gadden is present from probation.

Government addresses the motion [122].

Defendant addresses the motion.

Court presents findings.

**ORDERED: Motion [122] is GRANTED.  Defendant is to reside at a halfway house when space is available.   Defendant must abide by all rules of the halfway house and all previously imposed conditions of supervised release.**

**ORDERED:** Hearing for Release on Bond to Halfway House is set for October 26, 2007 at 10:00 am.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Hearing concluded.

Court in recess: 9:20 am

time in court: 9 minutes